**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
————————————————————————x

CLAUDINE T.,                                    :
                                                :
                        Plaintiff,              :            22-CV-10282 (OTW)
          —against—                             :
                                                :            **ORDER**
                                                :
COMMISSIONER OF SOCIAL SECURITY,                :
                                                :
                        Defendant.              :
                                                :
————————————————————————x

**ONA T. WANG, United States Magistrate Judge:**

The Court, having reviewed the motion, supporting memorandum, and affirmation of

Lewis B. Insler, attorney for the Plaintiff in the above captioned case, requesting an award of

attorney's fees in accordance with 42 U.S.C. § 406(b)(1),

**IT IS HEREBY ORDERED** that attorney's fees be granted in the amount of $5,750.00.

Upon receipt of payment, Plaintiff's counsel is directed to remit the attorney's fee of $1,763.75

under the EAJA previously paid to counsel for Plaintiff in connection to this case.

The Clerk of the Court is respectfully directed to close ECF 15.

**SO ORDERED.**

                                                            _s/ Ona T. Wang_____
Dated: May 19, 2026                                              **Ona T. Wang**
        New York, New York                              United States Magistrate Judge

1